*Messrs. John Pleich, Sr., pro se,* and *Jay Good* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt* and *Mr. Mahlon D. Kiefer* for the United States.

---

No. 502. LEWIS G. NORTON *v.* UNITED STATES. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles R. Pierce* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Parmenter* and *Mr. Edward T. Burke* for the United States.

---

No. 503. WOLF MINERAL PROCESS CORPORATION *v.* MINERALS SEPARATION NORTH AMERICAN CORPORATION. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Henry W. Anderson* and *Wm. A. Chadbourne* for petitioner. *Messrs. Charles McH. Howard, Henry D. Williams, Wm. H. Kenyon* and *Lindley M. Garrison* for respondent.

---

No. 504. WEHR COMPANY *v.* ROY J. WINSOR. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. George L. Wilkinson* for petitioner. *Mr. Theodore K. Bryant* for respondent.

---

No. 506. CZARNIKOW-RIONDA COMPANY *v.* WEST MARKET GROCERY COMPANY. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Garrard Glenn* for petitioner. *Mr. Ralph Merriam* for respondent.